Benjamin Schonbrun SBN 118323
schonbrun.ben@gmail.com
Michael D. Seplow, SBN 150183
mseplow@aol.com
SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN LLP
723 Ocean Front Walk
Venice, California 90291
Telephone: (310) 396-0731
Fax: (310) 399-7040

Attorneys for Plaintiffs
Martha Rauda and Regulo Puebla

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| MARTHA RAUDA, REGULO PUEBLA, individually and as successors in interest to MARTHA PUEBLA, decedent,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a public entity, CHIEF WILLIAM BRATTON, an individual, DETECTIVE MARTIN PINNER, an individual, DETECTIVE JUAN RODRIGUEZ, an individual, AND DOES 1 THROUGH 10<br><br>Defendants. | NO. CV-08-3128 CAS (PJWx)<br><br>**PLAINTIFFS' EX PARTE APPLICATION TO EXTEND DEADLINE TO ADD NEW PARTIES OR AMEND PLEADINGS; DECLARATION OF MICHAEL D. SEPLOW IN SUPPORT THEREOF** |

TO ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:

PLEASE TAKE NOTICE THAT:

Plaintiffs Martha Rauda and Regulo Puebla hereby apply ex parte for an

1.

**PLAINTIFFS' EX PARTE APPLICATION TO EXTEND DEADLINE TO ADD NEW PARTIES OR AMEND PLEADINGS**

order to extend the deadline to add new parties or claims by 60 days, until March 19, 2009 in order to allow Plaintiffs' counsel sufficient time to determine whether adding new parties or claims is warranted. Defendants have produced over 5000 pages of documents in response to Plaintiffs' discovery requests and are still expected to provide additional materials (including audio tapes) and copies of transcripts. Plaintiffs' counsel is in the process of reviewing these materials and may need to conduct follow up discovery to determine whether it is necessary to seek to add new parties or claims.

Defendants will not suffer any prejudice by this extension as it will not delay the trial (currently set for October 6, 2009) or the discovery cut off (currently set for May 15, 2009). Therefore, good cause is warranted to grant this request for an extension.

On the morning of January 15, 2009, Plaintiffs' counsel Michael D. Seplow notified defense counsel Elizabeth Fitzgerald of Plaintiffs' intention to file this ex parte application and asked whether Defendants would oppose this request. At the time of the filing this application, Defendants have not indicated whether they would oppose Plaintiffs' request.

This ex parte application is supported by the points and authorities set forth herein, and the attached declaration of Michael D. Seplow, as well as all pleadings and papers on file in this matter.

Dated: January 15, 2009

SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN LLP

By: /s/
Benjamin Schonbrun
Michael D. Seplow
Attorneys for Plaintiffs

2.

PLAINTIFFS' EX PARTE APPLICATION TO EXTEND DEADLINE TO
ADD NEW PARTIES OR AMEND PLEADINGS

# MEMORANDUM OF POINTS AND AUTHORITIES

## II. THERE IS GOOD CAUSE TO GRANT A 60 DAY EXTENSION OF THE DEADLINE TO ADD PARTIES OR AMEND PLEADINGS

This case involves the tragic death of 16 year old Martha Puebla, the daughter of Plaintiffs Martha Rauda and Regulo Puebla, who was killed by a gang member after LAPD Detectives Martin Pinner and Juan Rodriguez falsely informed another gang member that Martha Puebla had identified him as a murder suspect.

In a scheduling order issued on September 22, 2008, the Court set January 16, 2009 as the deadline to request leave to amend pleadings or add new parties. The Court set May 15, 2009 as the factual discovery cut off and set trial for October 6, 2009. In or about mid to late November 2008 - after the parties had met and conferred and agreed to a detailed protective order (which was entered on October 29, 2009), Defendants produced to Plaintiffs over 5000 pages of documents relating to the investigation of the death of Martha Puebla and two other homicide victims. In addition, Defendants have agreed to provide Plaintiffs with audio tapes of witness interviews, but such tapes have not yet been produced. Further, Defendants have agreed to allow Plaintiffs to inspect transcripts from hearings, trials and depositions in related matters but Plaintiffs counsel has not yet had the opportunity to do so.

Plaintiffs counsel is in the process of reviewing the voluminous materials produced to date and will work diligently to review the additional materials. However, at this point, Plaintiffs counsel is unable to determine whether the pleadings need to be amended or new parties need to be added and therefore requests additional time to review these materials and conduct follow up discovery to make this determination. Therefore, Plaintiffs submit that good cause exists to

extend the deadline to name new parties or request leave to amend the pleadings until March 19, 2009.

Defendants will not be prejudiced by this extension as the discovery cut is not until May 15, 2009. Moreover, the deadline to file motions is not until June 15, 2009 and trial is not until October 6, 2009. Accordingly, Plaintiffs' ex parte application should be granted.

## II. CONCLUSION

For all the foregoing reasons, the deadline to seek leave to amend the pleadings or add new parties should be extended until March 19, 2009.

Dated: January 15, 2009

                            SCHONBRUN DESIMONE SEPLOW
                            HARRIS & HOFFMAN LLP

                            By: _/s/_____
                                 Benjamin Schonbrun
                                 Michael D. Seplow
                                 Attorneys for Plaintiffs

**PLAINTIFFS' EX PARTE APPLICATION TO EXTEND DEADLINE TO ADD NEW PARTIES OR AMEND PLEADINGS**

# DECLARATION OF MICHAEL D. SEPLOW

I, Michael D. Seplow, declare as follows:

1. I am an attorney licensed to practice law in California. I am a partner with the law firm of Schonbrun De Simone Seplow Harris & Hoffman, LLP, counsel of record for Plaintiffs Martha Rauda and Regulo Peubla in this action. I am making this declaration in support of Plaintiff's Ex Parte Application to Extend the Deadline to Seek Leave to Amend the Pleadings or Add Parties. The matters stated herein are within my personal knowledge and I can therefore testify competently to these matters.

2. Plaintiffs hereby apply ex parte for an order to extend the present deadline to add new parties or claims by 60 days, from January 16, 2009 until March 19, 2009 in order to allow Plaintiffs counsel sufficient time to determine whether adding new parties or claims is warranted. In a scheduling order issued on September 22, 2008, the Court set January 16, 2009 as the deadline to request leave to amend pleadings or add new parties. The Court set May 15, 2009 as the factual discovery cut off and set trial for October 6, 2009.

3. In or about mid to late November 2008 - after the parties had met and conferred and agreed to a detailed protective order (which was entered on October 29, 2009)- Defendants produced to Plaintiffs over 5000 pages of documents relating to the investigation of the death of Martha Puebla and two other homicide victims. In addition, Defendants have agreed to provide Plaintiffs with audio tapes of witness interviews, but such tapes have not yet been produced. Further, Defendants have agreed to allow Plaintiffs to inspect transcript from hearings, trials and depositions in related matters but Plaintiffs counsel has not yet done so.

4. Plaintiffs counsel is in the process of reviewing the voluminous materials produced to date and will work diligently to review additional materials. However, at this point, Plaintiffs counsel is unable to determine whether the

5.

**PLAINTIFFS' EX PARTE APPLICATION TO EXTEND DEADLINE TO ADD NEW PARTIES OR AMEND PLEADINGS**

pleadings need to be amended or new parties need to be added and therefore requests additional time to review these materials and conduct follow up discovery to make this determination. Therefore, Plaintiffs submit that good cause exists to extend the deadline to name new parties or request leave to amend the pleadings until March 19, 2009.

6. Defendants will not suffer any prejudice by this extension as it will not delay the trial (currently set for October 6, 2009) or the discovery cut off (currently set for May 15, 2009) or the deadline for filing motions (June 15, 2009). Therefore, good cause is warranted to grant this request for an extension.

7. On the morning of January 15, 2009, I phoned defense counsel Elizabeth Fitzgerald and informed her of Plaintiffs intention to file this ex parte application and asked whether Defendants would oppose this request. Ms. Fitzgerald told me that she would attempt to get back to me by the end of the day to let me know Defendants' position. At the time of the filing of this application, I have not heard back from Ms. Fitzgerald and therefore I do not know whether Defendants oppose Plaintiffs' request.

8. This is Plaintiffs' first request for an extension of any of the deadlines imposed by the Court in its initial scheduling order.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on January 15, 2009 at Venice, California

_____
Michael D. Seplow