Benjamin Schonbrun SBN 118323
schonbrun.ben@gmail.com
Michael D. Seplow, SBN 150183
mseplow@aol.com
SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN LLP
723 Ocean Front Walk
Venice, California 90291
Telephone: (310) 396-0731
Fax: (310) 399-7040

Attorneys for Plaintiffs
Martha Rauda and Regulo Puebla

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| MARTHA RAUDA, REGULO PUEBLA, individually and as successors in interest to MARTHA PUEBLA, decedent,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a public entity, CHIEF WILLIAM BRATTON, an individual, DETECTIVE MARTIN PINNER, an individual, DETECTIVE JUAN RODRIGUEZ, an individual, AND DOES 1 THROUGH 10<br><br>Defendants. | NO. CV-08-3128 CAS (PJWx)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO EXTEND DEADLINE TO ADD NEW PARTIES OR AMEND PLEADINGS |

The Court having considered Plaintiffs' Ex Parte Application for an Order To Extend the Deadline for Seeking Leave to Amend the Pleadings or Add New Parties, and finding good cause therefore, rules as follows:

1.

**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO EXTEND DEADLINE TO ADD NEW PARTIES OR AMEND PLEADINGS**

1 | The deadline for Seeking to Leave to Amend The Pleadings or Add New
2 | Parties is hereby extended to March 19, 2009.
3 |
4 | IT IS SO ORDERED.

_____
Hon. Christina A. Snyder
United States District Judge

**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO EXTEND DEADLINE TO ADD NEW PARTIES OR AMEND PLEADINGS**