UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**  JS-6

| | | | |
|---|---|---|---|
| Case No. | CV 08-3128 CAS (PJWx) | Date | April 13, 2010 |
| Title: | *MARTHA RAUDA ET AL V. CITY OF LOS ANGELES ET AL* | | |

Present: The Honorable    CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE

| Catherine Jeang | Laura Elias |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
| Benjamin Schonbrun<br>John Raphling<br>Michael Seplow | Elizabeth Fitzgerald |

_____ Day Court Trial    8TH (1ST DAY - PHASE II)    _____ Day Jury Trial

_____ One day trial:    X    Begun(Phase II);    _____ Held & Continued;    X    Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

X    Opening statements made by    Plaintiffs/Defendants

X    Witnesses called, sworn and    X    Exhibits identified.    _____ Exhibits admitted.

X    Plaintiff(s) rest.    X    Defendant(s) rest.

X    Closing arguments made by    X    plaintiff(s)    X    defendant(s).    X    Court instructs jury.

_____ Bailiff(s) sworn.    X    Jury retires to deliberate (Phase II).    _____ Jury resumes deliberations.

X    Jury Verdict in favor of    X    plaintiff(s)    _____ defendant(s) is read and filed.

X    Jury polled.    _____ Polling waived.

_____ Filed Witness & Exhibit Lists    X    Filed jury notes.    X    Filed jury instructions.

_____ Judgment by Court for    _____ plaintiff(s)    _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).

_____ Case submitted.    _____ Briefs to be filed by

_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.

X    Motion for Judgment/Directed Verdict by Plaintiffs/Defendants   is _____ granted. _____ denied.    X    submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

_____ Case continued to _____ for further trial/further jury deliberation.

X    Other:    Chief Bratton is dismissed in his individual capacity by plaintiffs.

03 : 32

Initials of Deputy Clerk    CMJ