# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| MARTHA RAUDA, REGULO PUEBLA, individually and as successors in interest to MARTHA PUEBLA, decedent, | NO. CV-08-3128 CAS (PJWx) |
| Plaintiffs, | **JUDGMENT** |
| vs. | |
| CITY OF LOS ANGELES, a public entity, CHIEF WILLIAM BRATTON, an individual, DETECTIVE MARTIN PINNER, an individual, DETECTIVE JUAN RODRIGUEZ, an individual, AND DOES 1 THROUGH 10 | |
| Defendants. | |

This action came on for trial before the Court and a jury, Hon. Christina A. Snyder presiding, and the issues having been duly tried and the jury having duly

1.

rendered its special verdict and the Court having considered and ruled on the parties' post trial motions,

It is hereby ordered, adjudged and decreed that Judgment be entered as follows:

1. Plaintiffs Martha Rauda and Regulo Puebla shall recover from Defendants City of Los Angeles, Martin Pinner and Juan Rodriguez the sum of $1.00 in nominal damages;

2. Plaintiffs Martha Rauda and Regulo Puebla shall recover from Defendants City of Los Angeles, Martin Pinner and Juan Rodriguez the sum of $719,417.00 for attorneys fees pursuant to 42 U.S.C. Section 1988;

3. Plaintiffs Martha Rauda and Regulo Puebla shall recover from Defendants City of Los Angeles, Martin Pinner and Juan Rodriguez the sum of $13,541.92 for costs pursuant to 42 U.S.C. Section 1988;

4. Plaintiffs are entitled to interest at the legal rate to accrue as of the date of the entry of this Judgment.

Dated: March 11, 2011

_____
Hon. Christina A. Snyder
United Stated District Judge

2.